TENSITRON, INC., Appellant,

v.

David BROMLEY, d/b/a Electromatic Equipment Company, Appellee.

No. 100, Docket 30338.

United States Court of Appeals Second Circuit.

Argued Oct. 26, 1966.

Decided Nov. 3, 1966.

Robert E. Burns, New York City (Burns, Lobato & Zelnick, New York City, of counsel), for appellant.

Lawrence F. Scinto, New York City (Ward, Haselton, McElhannon, Orme, Brooks & Fitzpatrick, New York City), for appellee.

Before LUMBARD, Chief Judge, and MOORE and KAUFMAN, Circuit Judges.

PER CURIAM:

We affirm Judge Dooling's finding that Tensitron's tension meter was "obvious" within the meaning of 35 U.S.C. § 103 and therefore not patentable. His well reasoned opinion is reported at 260 F.Supp. 457 (1966). It is unnecessary, therefore, for us to pass upon his finding that Bromley's device infringed claims 2, 3, 5, and 6 of Tensitron's patent.

L. L. BOGLE, d/b/a Oil Field Maintenance Company, and Travelers Insurance Company, Appellants,

v.

The CALIFORNIA COMPANY, Appellee.

No. 22989.

United States Court of Appeals Fifth Circuit.

Oct. 25, 1966.

Rehearing Denied Nov. 23, 1966.

Meredith T. Holt, Donald E. Walter, Cavanaugh, Brame, Holt & Woodley, Lake Charles, La., for appellants.

Lloyd C. Melancon, New Orleans, La., Porteous & Johnson, New Orleans, La., of counsel, for appellee.

Before RIVES, THORNBERRY and AINSWORTH, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment in favor of appellee for proctor's fees and expenses incurred in defense of a libel. The district court found that the appellants had contracted to defend the libel, but breached their obligation by failing to timely accept the defense. We agree with the findings and conclusions (R. 91–96) and with the separate opinion (R. 85–90) of the district court, 260 F.Supp. 586. The judgment was right, and it is affirmed.